**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7352**

_____

KENNETH MICHAEL PLYMALE,

                                      Petitioner - Appellant,

        versus

SHANNON MARKLE, Warden, Central Regional Jail,

                                      Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior District Judge.  (CA-02-2-CVB)

_____

Submitted:  November 7, 2002        Decided:  November 15, 2002

_____

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Kenneth Michael Plymale, Appellant Pro Se.  Heather Dawn Foster, Assistant Attorney General, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Michael Plymale seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude based on the reasons stated by the district court and the magistrate judge that Plymale has not made a substantial showing of the denial of a constitutional right. See Plymale v. Markle, No. CA-02-2-CVB (N.D.W. Va. Aug. 20, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2